# EXHIBIT 2

"Accused Products" has the same meaning used in the complaint.

For U.S. Pat. No. 9,684,745 a chart of exemplary claim 11 against exemplary PSC tool for an exemplary power module is provided below.

Annotations and identification of elements in this chart are preliminary, are not final, nor are they intended to limit Plaintiff's identification of claim elements in Vicor's infringing products. Furthermore, the PSC tool example has been provided as representative, and MPS reserves the right to identify additional products and claims and identify further representative products. MPS reserves the right to amend, supplement, expand, modify, or narrow its identifications in the accused products as it develops facts during discovery, based on the Court's claim constructions, or for any other allowable purpose in this action.

I.       ACCUSED PRODUCTS – U.S. Pat. No. 9,684,745 – EXEMPLARY PSC TOOL CLAIM CHART

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| 11. A method of calibrating a voltage regulator, the method comprising: | The PSC tool is used to digitally calibrate devices, including voltage regulators, such as the Accused Products: |

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| | <br><br>Page 1 of Power System Configurator User Guide<br><br>As shown below, PSC may be used to configure any Accused Product compatible with the PSC. Such products include at least the DCM3717, 4G BCM, MCD4609, PI3021, and PowerStrip. |

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| |  Power System Configurator User Guide: Page 7, Figure 13.<br><br>Power System Configurator User Guide: Page 13, Figure 25, below, depicts system configuration by selection of device characteristics in the GUI of the PSC: |

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| |  |
| displaying a graphical user interface that shows a virtual representation of a voltage regulator on a screen of a computer; | The PSC includes a display on the screen of a computer with a virtual representation of an Accused Product: |

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| | Power System Configurator User Guide: Page 13, Figure 25.<br><br>The Configurator operates within the construct of a computer:<br><br>System requirements<br><br>■ 32-bit or 64-bit Windows 7, 8, or 10<br><br>■ Minimum screen size: 1024 x 768px<br><br>https://www.vicorpower.com/vicor-tools/lab-tools/power-system-configurator |
| selecting, by way of the graphical user interface, a value for a parameter of the voltage regulator; | Using the display provided by the PSC, a user can configure an Accused Product with settings, including user requirements.<br><br>For example, when connecting a device, the telemetry summary shows fixed and variable configuration parameters. |

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| | When the PSC application successfully connects to the PI3021 CTO device through the PMBus-USB Adapter during start up, the device name (PI3021) and address (0x4C) will appear on the device sidebar (left side) of the application window.<br><br><br><br>The settings pane of the PSC window (center) shows the fixed and variable configuration parameters of the device, and the telemetry summary sidebar (right side) shows the system telemetry information along with the system warnings and faults.<br><br>Power System Configurator User Guide: Page 11, Figure 19.<br><br>The control loop settings include selection of input voltage, output voltage, and power current: |

| 9,684,745 Claim | Vicor Power System Configurator |
| --- | --- |
| Claim 11 | |
| | <br>Power System Configurator User Guide: Page 13, Figure 25. |

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| | **Device Configuration Tabs: I-Sense**<br>Use to adjust all the output-current-sensing parameters (Figure 21).<br><br><br><br>*Figure 21*<br>*I-Sense tab*<br><br>**Device Configuration Tabs: Telemetry**<br>Use to take measurements and configurations for input voltage, output voltage and thermal settings (Figures 22 – 24).<br><br>■ Plot:        charts of voltage, current, power and temperature (Figure 22)<br>■ Configure:   configure measurements of voltage and current (Figure 23)<br>■ Thermal:    use to modify thermal configuration (Figure 24)<br><br>Power System Configurator User Guide: Page 12, Figure 21. |
| simulating operation of the voltage regulator on the computer in accordance with the selected value for the parameter of the voltage regulator; | The PSC includes simulation operations of Accused Products on the computer in accordance with the selected value for the parameter of the Accused Product: |

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| |  |

Figure 25
System Configuration section of Control Loop tab

Configure new device
PI3021          0x4C

Figure 26
Loop Compensation section of Control Loop tab

Configure new device
PI3021          0x4C

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| | Power System Configurator User Guide: Page 13, Figures 25, 26. |
| | The PI3021 example depicted (as used with an example PRM and VTM architecture) in the figures above provides for configurable control values. In that example, the depicted control loop, as shown, includes an output voltage.  The output voltage includes a range of possible configured values for a voltage regulator. The figure shows a simulated control loop with selected output voltage. |
| | Similar devices such as the PI3020 are configurable with use in PRM and VTM combinations as shown below: |
| | |
| | **Typical Application** |
| | Applications Diagram for use within a Factorized Power, CPU or DDR4 Design |
| | Datasheet for PI3020-xx, page 1. |

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| | The PSC allows for configuration and simulation of such devices. |
| after simulating the operation of the voltage regulator, transmitting an internal calibration setting from the computer to the voltage regulator, the internal calibration setting comprising data for making the voltage regulator operate in accordance with the selected value for the parameter of the voltage regulator; | The PSC includes transmitting an internal calibration setting from the computer to the voltage regulator, the internal calibration setting comprising data for making the voltage regulator operate in accordance with the selected value for the parameter of the voltage regulator.<br><br>In one example, the configured settings derived from simulation can be transmitted to the voltage regulator and saved to memory of the regulator:<br><br>**Saving Customized Settings**<br><br>PSC will show pre-set hardware configuration parameters in appropriate fields within the settings pane; it is also possible to save custom settings into power system memory and into a file on the local drive of a computer.<br><br>*Writing to Hardware Memory*<br><br>Write to <u>volatile</u> memory: Values, buttons, and switches will perform calculations altering the configuration of the power system. These changes are <u>temporarily saved</u> into the volatile memory. Do this by either:<br><br>• Pressing **Enter** on the keyboard.<br>• Clicking **Apply** where shown in a sub-tab.<br><br>Write to <u>non-volatile</u> memory: Changes made to the power system's volatile memory may be <u>permanently saved</u> into the non-volatile memory by:<br><br>• Clicking the **SAVE TAB** button. This button only saves the parameters related to the tab being viewed.<br>  Other tabs are not affected; if applicable, each will have its own **SAVE TAB** button.<br>• Clicking the **SAVE** button on the top left of the PSC window and choosing the **DEVICE** option. This will save all configuration parameters across all tabs.<br><br>Important note: Not all values shown in the settings pane will be saved to the power system, e.g., component values and the fault status. Refer to saving to local computer file section to store these values.<br><br>Power System Configurator User Guide: Page 10. |

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 |  Power System Configurator User Guide: Page 1. |
| receiving the internal calibration settings in the voltage regulator; and | The Accused Products receive the internal calibration settings. In one example, the Accused Products include adapter ports and the transmitted settings can be received by the Accused products as shown in one example below: |

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| | <br><br>Power System Configurator User Guide: Page 1. |
| calibrating the voltage regulator in accordance with the internal calibration setting. | The Accused Products are calibrated in accordance with the internal calibration settings.<br><br>For example, the configured settings saved to the memory of the regulator can then be used to calibrate the voltage regulator: |

| 9,684,745 Claim | Vicor Power System Configurator |
|---|---|
| Claim 11 | |
| | **Saving Customized Settings**<br><br>PSC will show pre-set hardware configuration parameters in appropriate fields within the settings pane; it is also possible to save custom settings into power system memory and into a file on the local drive of a computer.<br><br>*Writing to Hardware Memory*<br><br>Write to <u>volatile</u> memory: Values, buttons, and switches will perform calculations altering the configuration of the power system. These changes are <u>temporarily saved</u> into the volatile memory. Do this by either:<br><br>• Pressing **Enter** on the keyboard.<br><br>• Clicking **Apply** where shown in a sub-tab.<br><br>Write to <u>non-volatile</u> memory: Changes made to the power system's volatile memory may be <u>permanently saved</u> into the non-volatile memory by:<br><br>• Clicking the **SAVE TAB** button. This button only saves the parameters related to the tab being viewed.<br>Other tabs are not affected; if applicable, each will have its own **SAVE TAB** button.<br><br>• Clicking the **SAVE** button on the top left of the PSC window and choosing the **DEVICE** option. This will save all configuration parameters across all tabs.<br><br>Important note: Not all values shown in the settings pane will be saved to the power system, e.g., component values and the fault status. Refer to saving to local computer file section to store these values.<br><br><br>Power System Configurator User Guide: Page 10. |

| 9,684,745 Claim | Vicor Power System Configurator |
| --- | --- |
| Claim 11 | |
| | <br><br>Power System Configurator User Guide: Page 1. |